UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-80159-CV-MIDDLEBROOKS

GARFIELD SPENCE,

    Plaintiff,

v.

NASSAU SQUARE, LLC,

    Defendant.

_____/

### ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiffs' Notice of Voluntary Dismissal with Prejudice, filed March 14, 2024. (DE 9). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither. Accordingly, it is:

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE.** The Clerk of Court shall **CLOSE THIS CASE.** All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 19 day of March, 2024.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record